UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-2666 (JNE/DTS)<br><br>**ORDER** |

This Document Relates to Case Numbers:
  15cv4363, Kent
  16cv2501, Phillips
  16cv3283, Daniels
  16cv3315, Squires
  16cv3416, Schenkel
  17cv1153, Wills
  17cv1839, Romesburg
  17cv0216, Huberty
  17cv2210, Wyatt
  17cv3246, Williams
  17cv3249, Wright
  17cv3405, Tyler
  17cv3677, Fairbanks
  17cv4122, Abbott
  17cv423, Clement
  17cv4444, Ruiz
  17cv4558, Rios
  17cv5195, Blake
  18cv0666, Brown-Dring
  18cv0834, Collins
  18cv0877, Keithley
  18cv0916, Foltz
  18cv0992, Williams
  18cv1222, Ellis
  18cv1593, Williams
  18cv2358, Sommer
  18cv2823, Rudd
  18cv3039, Smith
  18cv3382, Brennan
  19cv1263, Wallace
  19cv1370, Hillmon
  22cv1056, Shoop
  22cv1404, Jackson
  22cv3095, Swanson

23cv1406, Stehm
23cv3028, Wise
24cv0293, Krapfl
24cv0517, Craft
24cv0560, Graham
24cv0787, Walker
24cv1262, Wood
24cv1315, Enos
24cv2196, Braggs
24cv2978, Elliott
24cv3322, Bernard

---

Pretrial Order No. 14 requires Plaintiffs to serve Plaintiff Fact Sheets, including a completed and signed medical authorization, "no later than 90 days after the filing of their complaint or short-form complaint, or completed transfer of their case to this MDL proceeding, whichever is later." MDL Dkt. No. 117 at 1–2. Because in many of the above-captioned cases years have passed since Plaintiffs served a Plaintiff Fact Sheet and signed medical authorization, updated medical authorizations are needed.

**IT IS HEREBY ORDERED**: Plaintiffs are required to serve Defendants an updated medical authorization by July 31, 2025.

Dated: July 16, 2025                         *s/David T. Schultz*
                                             DAVID T. SCHULTZ
                                             U.S. Magistrate Judge

2